IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CURTIS MCLEAN, on behalf of himself and all others similarly situated; | **8:24CV230** |
| Plaintiff, | |
| vs. | **ORDER** |
| SIGNATURE PERFORMANCE, INC., | |
| Defendant. | |
| BRANDI N. CANADY, on behalf of herself and all others similarly situated; | **8:24CV231** |
| Plaintiff, | |
| vs. | **ORDER** |
| SIGNATURE PERFORMANCE, INC., | |
| Defendant. | |
| RACHAEL REESE, individually and on behalf of all others similarly situated; | **8:24CV233** |
| Plaintiff, | |
| vs. | **ORDER** |
| SIGNATURE PERFORMANCE, INC., | |
| Defendant. | |

| | |
|---|---|
| LEA JACOBS, individually and on behalf of all others similarly situated; and ELOYD S. LONG, individually and on behalf of all others similarly situated; | 8:24CV234 |
| Plaintiffs, | ORDER |
| vs. | |
| SIGNATURE PERFORMANCE, INC., SOUTHEASTERN REGIONAL MEDICAL CENTER, ADVENTIST HEALTH SYSTEM/WEST, and ADVENTIST HEALTH TULARE, | |
| Defendants. | |
| MONICA ENRIQUEZ, individually, and on behalf of all others similarly situated; | 8:24CV235 |
| Plaintiff, | ORDER |
| vs. | |
| SIGNATURE PERFORMANCE, INC., | |
| Defendant. | |
| ORNEZE COIT, individually and on behalf of all others similarly situated; | 8:24CV252 |
| Plaintiff, | ORDER |
| vs. | |
| SIGNATURE PERFORMANCE, INC., and SOUTHEASTERN REGIONAL MEDICAL CENTER, | |
| Defendants. | |

This matter is before the Court on the Unopposed Motions for Extension of Time (Filing No. 28 in the Lead Case) filed by Defendant, Signature Performance, Inc. Defendant requests a 21-day extension of time to respond to the Consolidation Class Action Complaint in this matter. No party opposes this request. After consideration,

IT IS ORDERED:

1. A Consolidated Class Action Complaint has been filed in the Lead Case but has not been filed in the member cases. The Clerk is directed to file a copy of the Consolidated Class Action Complaint (Filing No. 16 in Case No. 8:24CV230) in each of the Member Cases.

2. Defendant's Unopposed Motions for Extension of Time are granted. (Filing No. 30 in Case No. 8:24CV230; Filing No. 27 in Case No. 8:24CV231; Filing No. 17 in Case No. 8:24CV233; Filing No. 35 in Case No. 8:24CV234; Filing No. 20 in Case No. 8:24CV235; Filing No. 25 in Case No. 8:24CV252).

3. The deadline for Defendants to file an answer or other responsive pleading to the Consolidated Class Action Complaint is extended to January 29, 2025.

4. Unless instructed by the Court, the parties are directed to continue filing documents in the Lead Case as described in paragraph 3 of the Order For Consolidation and Appointment of Co-Lead Interim Class Counsel (Filing No. 14 in Case No. 8:24CV230).

5. The Motion to Withdraw as Counsel filed by Ellen K. Geisler as counsel for Defendants Southeastern Regional Medical Center d/b/a UNC Health Southeastern is granted as to the lead and member cases and she shall no longer receive electronic notice for these cases. (Filing No. 31 in Case No. 8:24CV230; Filing No. 36 in Case No. 8:24CV234; Filing No. 26 in 8:24CV252).

Dated this 6th day of January, 2025.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge